FILED
2011 Dec-01 AM 08:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JEFFREY LEE THOMAS, )
)
Plaintiff, )
)
vs. ) 2:10-CV-0939-RBP-JEO
)
JEFFERSON COUNTY JAIL and )
JEFFERSON COUNTY SHERIFF MIKE HALE, )
)
Defendants. )

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 27, 2011, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. Plaintiff filed objections on November 7, 2011.

The plaintiff reiterated the arguments he made in his initial complaint and his response to the defendants' special report. The plaintiff continues to maintain that Sheriff Mike Hale was responsible for insuring his presence in court on February 9, 2011. It is undisputed that the plaintiff was not taken to court on that day, but he has failed to present any facts to show that Sheriff Mike Hale received the court order or knew that the plaintiff should be taken to court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, the defendants' motion

for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.[1]

DONE this the 1st day of December, 2011.

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**

[1] The court notes that there is no such entity as the Jefferson County Jail.